FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 APR 29 AM 9: 33

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR23 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHELLE WATERS, | ) | |
| | ) | |
| Defendant. | ) | |

On April 29, 2014, Defendant appeared with counsel for a hearing on the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 40). Defendant was represented by Rich McWilliams, Assistant Federal Defender. Plaintiff was represented by John E. Higgins, Assistant United States Attorney.

The Defendant admitted Allegation No. 1 and the first portion of Allegation No. 2 of the Petition, and the Court found the Defendant to be in violation of the conditions of her supervised release. Plaintiff moved to dismiss Allegation Nos. 3 & 4, and the second portion of Allegation No. 2 of the Petition.

After hearing arguments of counsel and giving Defendant an opportunity for allocution, the Court determined as follows.

IT IS ORDERED:

1. Disposition is continued to July 28, 2014 at 9:30 am.

2. Defendant is ordered released from custody under the same terms and conditions of Supervised Release previously ordered.

3. Allegation Nos. 3 & 4 and the second portion of Allegation No. 2 of the Petition are dismissed.

Dated this 29th day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 201__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

_____
UNITED STATES WARDEN

By: _____